# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RAMON ALVARADO, JR.,**

    **Plaintiff,**

v.                                                           Case No. 23-CV-391

**OFFICER ALDERMAN,** *et al.***,**

    **Defendants.**

## ORDER

On May 22, 2023, plaintiff Ramon Alvarado, Jr., who is incarcerated and representing himself, filed a motion to voluntarily dismiss the case. (ECF No. 6.) That motion is **GRANTED**. 28 U.S.C. §1983 requires any prisoner who brings a civil action to pay the statutory filing fee.

**IT IS THERFORE ORDERED** that the agency having custody of Alvarado shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Alvarado's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Alvarado is

transferred to another institution, the transferring institution shall forward a copy of this Order along with Alvarado's remaining balance to the receiving institution.

Dated at Milwaukee, Wisconsin this 2nd day of June, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge